IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:14-CR-048 |
| | ) | |
| KENDRICK TODD STANLEY | ) | |

## **MEMORANDUM AND ORDER**

The defendant moves for a continuance of his trial date [doc. 42], citing the need for additional time to conduct plea negotiations. The defendant also cites the unavailability of both defense counsel and government counsel.

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the unavailability of counsel would make trial impossible on the date currently scheduled. 18 U.S.C. §3161(h)(7)(B)(i). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 42] is **GRANTED**, and this criminal case is **CONTINUED** from July 23, 2014, to Wednesday, **October 15, 2014, at 9:00 a.m.** (a date requested by the defendant). The new plea cutoff date is October 1, 2014.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge